RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARNOLD B. CURTIS | CIVIL ACTION NO. 3:10-cv-0976 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| JERRY W. CHILDRESS | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 13] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, on this 25 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE